## (March 27, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HOWERTON, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 26, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Sullivan, Lane and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK NELSON, Appellant.—Judgments, Supreme Court, New York County, rendered on January 20, 1976 and April 7, 1977, respectively, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Lane, Markewich and Lupiano, JJ.

■ In the Matter of CARMEN RODRIGUEZ, Appellant, v PHILIP L. TOIA, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 16, 1977, unanimously affirmed, without costs and without disbursements. (See *Matter of Mendelsohn v Toia,* 46 NY2d 823.) No opinion. Concur—Birns, J. P., Fein, Lane, Lupiano and Bloom, JJ.

■ JEANIE FARRELL, Respondent, v ALLSTATE INSURANCE COMPANY et al., Defendants, and RICHARD CANDJON, Appellant.—Order, Supreme Court, New York County, entered on August 14, 1978, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Birns, J. P., Sandler, Bloom, Lupiano and Silverman, JJ.